THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Rick Futia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA, | Case No. C 07-4360-HRL |
| Plaintiff, | NOTICE OF WAIVER OF RIGHTS TO DAMAGES IN EXCESS OF $4,000 |
| v. | |
| JJ and W COMPANY, | |
| Defendants. | |
| _____/ | |

NOTICE IS HEREBY GIVEN that for purposes of this Action, Plaintiff hereby waives any and all rights he may have to seek or recover damages, regardless of type, which total in excess of $4,000.

October 11, 2007

                 S/Thomas N. Stewart, III
                   Attorney for Plaintiff