1  CHARLES O. THOMPSON, SB# 139841
     E-Mail: thompsonc@lbbslaw.com
2  PAUL S. COWIE, SB# 250131
     E-Mail: cowie@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH** LLP
   One Sansome Street, Suite 1400
4  San Francisco, California 94104
   Telephone: (415) 362-2580
5  Facsimile: (415) 434-0882

6  Attorneys for Defendant JJ and W Company

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 RICK FUTIA,                     ) CASE NO. C 07 4360 HRL
                                   )
12           Plaintiff,            )
                                   ) **STIPULATION AND ORDER TO
13      v.                         ) EXTEND TIME FOR FILING
                                   ) RESPONSE OF DEFENDANT**
14 JJ AND W COMPANY,               )
                                   )
15           Defendant.            )
                                   ) Action Filed:   August 23, 2007
16 _____) Trial Date:     Not set

17 TO THE COURT AND ALL PARTIES APPEARING ON RECORD:

18      Plaintiff RICK FUTIA ("Plaintiff") and Defendant JJ AND W COMPANY

19 ("Defendant"), by and through their respective attorneys of record do hereby

20 stipulate and agree that the time for Defendant to respond to Plaintiff's complaint in

21 the above referenced action shall be extended up to, and including November 16,

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

4815-1901-0050.1                        -1-
**STIPULATION AND ORDER TO EXTEND TIME FOR FILING RESPONSE OF DEFENDANT**

2007. This extension of time is in no way intended to delay disposition of this action.

DATED: October 25, 2007

Thomas N. Stewart, III
Attorney for Plaintiff RICK FUTIA

DATED: October __, 2007

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Charles O. Thompson
Paul S. Cowie
Attorneys for Defendant JJ and W Company

## ORDER

Based upon the foregoing Stipulation:

IT IS HEREBY ORDERED that Defendant will have through and including November 16, 2007 in which to file a Response to Plaintiff's Complaint in the above referenced matter.

DATED: _____, 2007

Honorable Howard R. Lloyd
Magistrate Judge

4815-1901-0050.1                    -2-
STIPULATION AND ORDER TO EXTEND TIME FOR FILING RESPONSE OF DEFENDANT