CHARLES O. THOMPSON, SB# 139841
  E-Mail: thompsonc@lbbslaw.com
PAUL S. COWIE, SB# 250131
  E-Mail: cowie@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant JJ and W Company, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA,<br><br>    Plaintiff,<br><br>v.<br><br>JJ AND W COMPANY,<br><br>    Defendant. | CASE NO. C 07 4360 HRL<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>Action Filed:   August 23, 2007<br>Trial Date:   Not set |

TO THE COURT AND ALL PARTIES APPEARING ON RECORD:

Defendant JJ AND W COMPANY ("Defendant"), by and through its attorneys of record, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION |
|---|---|
| JJ AND W Company LLC | Defendant |
| Donald Morey | Defendant |
| Ann Morey | Defendant |
| Matthew Morey | Defendant |
| Daniel Morey | Defendant |
| Martha Morey | Defendant |

| | | |
|---|---|---|
| 1 | Judy Morey | Defendant |
| 2 | Martin Morey | Defendant |
| 3 | Ann Goodwin | Defendant |
| 4 | Ariene Mariani | Defendant |
| 5 | Joann Morey | Defendant |
| 6 | Joe Morey Jr. | Defendant |
| 7 | John Morey Jr. | Defendant |

DATED: October 26, 2007

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Charles O. Thompson
Paul S. Cowie
Attorneys for Defendant JJ and W Company

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

# PROOF OF SERVICE
Rick Futia v JJ and W Company - File No.

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

On October 26, 2007, I served the following document(s): **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Thomas N. Stewart, III
Attorney at Law
369 Blue Oak Lane, 2nd Floor
Clayton, CA 94517
Tel: 925-672-8452
Fax: 925-673-1729
e-mail- T_STEW_3@Yahoo.com

The documents were served by the following means:

[X]  (BY FAX TRANSMISSION) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission containing the time, date, and sending fax machine telephone number, which I printed out, is attached.

[X]  (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (specify one):

[ ]  Deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[X]  Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope of package with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 26, 2007, at San Francisco, California.

_____
Diane Jarest

4828-8871-2706.1