CHARLES O. THOMPSON, SB# 139841
    E-Mail: thompsonc@lbbslaw.com
PAUL S. COWIE, SB# 250131
    E-Mail: cowie@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant JJ and W Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA,<br><br>          Plaintiff,<br><br>     v.<br><br>JJ AND W COMPANY,<br><br>          Defendant. | CASE NO. C 07 4360 HRL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR (1) FILING RESPONSE TO COMPLAINT BY DEFENDANT (2) TIME IN WHICH TO COMPLETE INITIAL DISCLOSURES AND (3) LAST DAY FOR PLAINTIFF TO FILE NOTICE OF NEED FOR MEDIATION**<br><br>Action Filed: August 23, 2007<br>Trial Date:   Not set |

TO THE COURT AND ALL PARTIES APPEARING ON RECORD:

Plaintiff RICK FUTIA ("Plaintiff") and Defendant JJ AND W COMPANY ("Defendant"), by and through their respective attorneys of record do hereby stipulate and agree to the following amendments to the Case Schedule in the above matter:

(1) The time for Defendant to respond to Plaintiff's complaint shall be extended up to, and including **January 31, 2008.**

(2) The last day for the parties to complete initial disclosures, including defendant's disclosures re: construction or alteration history of subject premises shall be

1  extended up to, and including 10 days after either party files a notice of need for
2  mediation.
3  (3) The last day for plaintiff to file notice of need for mediation shall be extended
4  up to, and including **February 15, 2008**.
5
6  These extensions of time are in no way intended to delay disposition of this action.
7  The parties are working toward amicably resolving this matter and hope to achieve
8  resolution on or before January 31, 2008. The parties have agreed to a site
9  inspection scheduled for November 20, 2007. The extensions of time agreed to are
10 required to allow the expert to produce a report of the site inspection and for the
11 parties to evaluate that report, before entering into further negotiations.
12
13 DATED: November 12, 2007        _____
                                   Thomas N. Stewart, III
14                                 Attorney for Plaintiff RICK FUTIA
15 DATED: November __, 2007        LEWIS BRISBOIS BISGAARD & SMITH LLP
16
17                                 By: _____
                                   Charles O. Thompson
18                                 Paul S. Cowie
                                   Attorneys for Defendant JJ and W Company
19
20                                 **ORDER**
21    Based upon the foregoing Stipulation:
22    IT IS HEREBY ORDERED that the parties shall have through and including
23 the dates listed above in which to file a Response to Plaintiff's Complaint, complete
24 initial disclosures and file notice of need for mediation in the above referenced
25 matter.
26
27 DATED: _____, 2007         _____
                                   Honorable Howard R. Lloyd
28                                 Magistrate Judge

-2-
4834-9859-2770.1
STIPULATION AND ORDER TO EXTEND TIME FOR FILING RESPONSE OF DEFENDANT

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580