CHARLES O. THOMPSON, SB# 139841
   E-Mail: thompsonc@lbbslaw.com
PAUL S. COWIE, SB# 250131
   E-Mail: cowie@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

*ORDER E-FILED 11/14/2007*

Attorneys for Defendant JJ and W Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA,<br><br>             Plaintiff,<br><br>     v.<br><br>JJ AND W COMPANY,<br><br>             Defendant. | CASE NO. C 07 4360 HRL<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR (1) FILING RESPONSE TO COMPLAINT BY DEFENDANT (2) TIME IN WHICH TO COMPLETE INITIAL DISCLOSURES AND (3) LAST DAY FOR PLAINTIFF TO FILE NOTICE OF NEED FOR MEDIATION<br><br>Action Filed:   August 23, 2007<br>Trial Date:      Not set |

TO THE COURT AND ALL PARTIES APPEARING ON RECORD:

   Plaintiff RICK FUTIA ("Plaintiff") and Defendant JJ AND W COMPANY ("Defendant"), by and through their respective attorneys of record do hereby stipulate and agree to the following amendments to the Case Schedule in the above matter:

(1) The time for Defendant to respond to Plaintiff's complaint shall be extended up to, and including **January 31, 2008.**

(2) The last day for the parties to complete initial disclosures, including defendant's disclosures re: construction or alteration history of subject premises shall be

4834-9859-2770.1                                    -1-
**STIPULATION AND ORDER TO EXTEND TIME FOR FILING RESPONSE OF DEFENDANT**

1 extended up to, and including 10 days after either party files a notice of need for
2 mediation.
3 (3) The last day for plaintiff to file notice of need for mediation shall be extended
4 up to, and including **February 15, 2008**.
5
6 These extensions of time are in no way intended to delay disposition of this action.
7 The parties are working toward amicably resolving this matter and hope to achieve
8 resolution on or before January 31, 2008. The parties have agreed to a site
9 inspection scheduled for November 20, 2007. The extensions of time agreed to are
10 required to allow the expert to produce a report of the site inspection and for the
11 parties to evaluate that report, before entering into further negotiations.

DATED: November 12, 2007

_____
Thomas N. Stewart, III
Attorney for Plaintiff RICK FUTIA

DATED: November __, 2007    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Charles O. Thompson
Paul S. Cowie
Attorneys for Defendant JJ and W Company

## ORDER

Based upon the foregoing Stipulation:

IT IS HEREBY ORDERED that the parties shall have through and including the dates listed above in which to file a Response to Plaintiff's Complaint, complete initial disclosures and file notice of need for mediation in the above referenced matter.

DATED: November 14, 2007

_____
Honorable Howard R. Lloyd
Magistrate Judge

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4834-9859-2770.1                          -2-
STIPULATION AND ORDER TO EXTEND TIME FOR FILING RESPONSE OF DEFENDANT