```
 1  CHARLES O. THOMPSON, SB# 139841
       E-Mail: thompsonc@lbbslaw.com
 2  PAUL S. COWIE, SB# 250131
       E-Mail: cowie@lbbslaw.com
 3  LEWIS BRISBOIS BISGAARD & SMITH LLP
    One Sansome Street, Suite 1400
 4  San Francisco, California 94104          *ORDER E-FILED 1.25.2008*
    Telephone: (415) 362-2580
 5  Facsimile: (415) 434-0882

 6  Attorneys for Defendant JJ and W Company

 7

 8                    UNITED STATES DISTRICT COURT

 9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  RICK FUTIA,                    ) CASE NO. C 07 4360 HRL
                                   )
12              Plaintiff,         )
                                   ) STIPULATION AND ORDER TO
13       v.                        ) EXTEND TIME FOR (1) FILING
                                   ) RESPONSE TO COMPLAINT BY
14  JJ AND W COMPANY,              ) DEFENDANT (2) TIME IN WHICH
                                   ) TO COMPLETE INITIAL
15              Defendant.         ) DISCLOSURES AND (3) LAST DAY
                                   ) FOR PLAINTIFF TO FILE NOTICE
16  _____) OF NEED FOR MEDIATION

17

18                                   Action Filed:  August 23, 2007
                                     Trial Date:    Not set
19
```

20  TO THE COURT AND ALL PARTIES APPEARING ON RECORD:

21       Plaintiff RICK FUTIA ("Plaintiff") and Defendant JJ AND W COMPANY

22  ("Defendant"), by and through their respective attorneys of record do hereby

23  stipulate and agree to the following amendments to the Case Schedule in the above

24  matter:

25  (1) The time for Defendant to respond to Plaintiff's complaint shall be extended up

26  to, and including **March 31, 2008**.

27  (2) The last day for the parties to complete initial disclosures, including defendant's

28  disclosures re: construction or alteration history of subject premises shall be

4844-2548-3778.1                    -1-
**STIPULATION AND ORDER TO EXTEND TIME FOR FILING RESPONSE OF DEFENDANT**

1 extended up to, and including 10 days after either party files a notice of need for
2 mediation.
3 (3) The last day for plaintiff to file notice of need for mediation shall be extended
4 up to, and including **March 31, 2008**.

5

6 These extensions of time are in no way intended to delay disposition of this action.
7 The parties attended the site inspection of the subject premises on November 20,
8 2007. Unfortunately, Plaintiff's expert, Kim Blackseth, has been hospitalized for
9 much of the last two months with the result that he has been unable to produce his
10 report of the site inspection. It is hoped that Mr. Blackseth shall be able to produce
11 his report in the forthcoming weeks. The parties are working toward amicably
12 resolving this matter and hope to achieve resolution on or before March 31, 2008.
13 The extensions of time agreed to are required to allow the expert to produce a report
14 of the site inspection and for the parties to evaluate that report, before entering into
15 further negotiations.

16

17 DATED: January ___, 2008

    Thomas N. Stewart, III
18     Attorney for Plaintiff RICK FUTIA

19
20 DATED: January 22, 2008     LEWIS BRISBOIS BISGAARD & SMITH LLP

21 By: /s/ P.S. Cowie
    Charles O. Thompson
22     Paul S. Cowie
    Attorneys for Defendant JJ and W Company

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

1 extended up to, and including 10 days after either party files a notice of need for
2 mediation.
3 (3) The last day for plaintiff to file notice of need for mediation shall be extended
4 up to, and including **March 31, 2008**.
5
6 These extensions of time are in no way intended to delay disposition of this action.
7 The parties attended the site inspection of the subject premises on November 20,
8 2007. Unfortunately, Plaintiff's expert, Kim Blackseth, has been hospitalized for
9 much of the last two months with the result that he has been unable to produce his
10 report of the site inspection. It is hoped that Mr. Blackseth shall be able to produce
11 his report in the forthcoming weeks. The parties are working toward amicably
12 resolving this matter and hope to achieve resolution on or before March 31, 2008.
13 The extensions of time agreed to are required to allow the expert to produce a report
14 of the site inspection and for the parties to evaluate that report, before entering into
15 further negotiations.

DATED: January 22, 2008

Thomas N. Stewart, III
Attorney for Plaintiff RICK FUTIA

DATED: January 22, 2008

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Charles O. Thompson
Paul S. Cowie
Attorneys for Defendant JJ and W Company

4844-2548-3778.1                        -2-
**STIPULATION AND ORDER TO EXTEND TIME FOR FILING RESPONSE OF DEFENDANT**

**ORDER**

Based upon the foregoing Stipulation:

IT IS HEREBY ORDERED that the parties shall have through and including the dates listed above in which to file a Response to Plaintiff's Complaint, complete initial disclosures and file notice of need for mediation in the above referenced matter.

DATED: __January 25__, 2008

Honorable Howard R. Lloyd
Magistrate Judge