*ORDER E-FILED 3/28/08*

CHARLES O. THOMPSON, SB# 139841
E-Mail: thompsonc@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant JJ and W Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA,<br><br>    Plaintiff,<br><br>v.<br><br>JJ AND W COMPANY,<br><br>    Defendant. | CASE NO. C 07 4360 HRL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR (1) FILING RESPONSE TO COMPLAINT BY DEFENDANT (2) TIME IN WHICH TO COMPLETE INITIAL DISCLOSURES AND (3) LAST DAY FOR PLAINTIFF TO FILE NOTICE OF NEED FOR MEDIATION**<br><br>Action Filed:  August 23, 2007<br>Trial Date:     Not set |

TO THE COURT AND ALL PARTIES APPEARING ON RECORD:

    Plaintiff RICK FUTIA ("Plaintiff") and Defendant JJ AND W COMPANY ("Defendant"), by and through their respective attorneys of record do hereby stipulate and agree to the following amendments to the Case Schedule in the above matter:

(1) The time for Defendant to respond to Plaintiff's complaint shall be extended up to, and including **May 30, 2008**.

(2) The last day for the parties to complete initial disclosures, including defendant's disclosures re: construction or alteration history of subject premises shall be

1  extended up to, and including 10 days after either party files a notice of need for
2  mediation.
3  (3) The last day for plaintiff to file notice of need for mediation shall be extended
4  up to, and including **May 30, 2008**.
5
6  These extensions of time are in no way intended to delay disposition of this action.
7  The parties attended the site inspection of the subject premises on November 20,
8  2007. Unfortunately, Plaintiff's expert, Kim Blackseth, has been hospitalized for
9  much of the last three months with the result that he has been unable to produce his
10 report of the site inspection. However, Mr. Blackseth is now out of the hospital
11 and back to work, and should be able to produce his report in the forthcoming
12 weeks. The parties are working toward amicably resolving this matter and hope to
13 achieve resolution on or before May 30, 2008. The extensions of time agreed to are
14 required to allow the expert to produce a report of the site inspection and for the
15 parties to evaluate that report, before entering into further negotiations.
16
17 DATED: March 17 2008        Thomas N. Stewart, III
18                             Attorney for Plaintiff RICK FUTIA
19 DATED: March 17 2008        LEWIS BRISBOIS BISGAARD & SMITH LLP
20
21                             By:
22                             Charles O. Thompson
                               Attorney for Defendant JJ and W Company
23
24
25
26
27
28

4846-2472-2690.1
-2-
STIPULATION AND ORDER TO EXTEND TIME FOR FILING RESPONSE OF DEFENDANT

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

## ORDER

Based upon the foregoing Stipulation:

IT IS HEREBY ORDERED that the parties shall have through and including the dates listed above in which to file a Response to Plaintiff's Complaint, complete initial disclosures and file notice of need for mediation in the above referenced matter.

DATED: March 28, 2008

_____
Honorable Howard R. Lloyd
Magistrate Judge