THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Rick Futia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA, | Case No.  C 07-4360-HRL |
|     Plaintiff, | PLAINTIFF'S NOTICE OF NEED FOR MEDIATION |
| v. | |
| JJ and W COMPANY, | |
|     Defendants. | |
| _____/ | |

Plaintiff hereby notifies Court and counsel that Mediation is needed in this Action.

June 2, 2008

S/Thomas N. Stewart, III
Attorney for Plaintiff

C 07-4360-HRL                              1